FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 06 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Oliver Wayne Flowers II

ADC # 116006

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

V. Marvin Evans, Robert Clerk, Larry Norris
Carolyn Eason
Anthony Bradley
Justine Minor

(Enter above the full name of defendant or defendants, in this action.)

CASE NO. 5:03CV00084 JFF

This case assigned to District Judge Wright
and to Magistrate Judge _____

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____    No ✓

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this lawsuit

           Plaintiffs: N/A

           Defendants: N/A

       2.  Court (If federal court, name the district; if state court, name the county: N/A

-1-

3. Docket Number: _N/A_

4. Name of Judge to whom case was assigned: _N/A_

5. Disposition (for example: Was the case dismissed? was it appealed? Is it still pending?): _N/A_

6. Approximate date of filing lawsuit: _N/A_

7. Approximate date of disposition: _N/A_

II. Place of present Confinement: _Tucker Max_

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes _____ No _✓_

    B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

    C. If your answer is NO, explain why not: _Disciplinarys are Not a Grieving matter._

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of plaintiff: _Oliver Wayne Flowers II_
    Address: _2501 State Farm Rd  Tucker Ark 72168_

    Name of plaintiff: _____

    Address: _____

    Name of plaintiff: _____

    Address: _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Martin Evans
Position: Warden
Place of employment: A.D.C. Tucker Max
Address: 2501 State Farm Rd. Tucker Ark 72168

Defendant: Robert Clark
Position: Disciplinary Hearing Administrator
Place of employment: A.D.C. Central Office
Address: P.O. Box 8707 Pine Bluff Ark 71611

Defendant: Larry Norris
Position: Director
Place of employment: A.D.C. Central Office
Address: P.O. Box 8707 Pine Bluff Ark 71611

Defendant: Carolyn Eason
Position: C O 1 Officer of A.D.C.
Place of employment: A.D.C.
Address: 2501 State Farm Rd. Tucker Ark 72168

Defendant: Anthony Bradley
Position: Sargent at Tucker max unit
Place of employment: A.D.C.
Address: 2501 State Farm Rd. Tucker, Ark 72168

—3—

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Justine Minor

Position: A.D.C. Hearing Officer

Place of employment: A.D.C.

Address: P.O. Box 8707 Pine Bluff Ark 71611


Defendant: _____

Position: _____

Place of employment: _____

Address: _____


Defendant: _____

Position: _____

Place of employment: _____

Address: _____


Defendant: _____

Position: _____

Place of employment: _____

Address: _____


Defendant: _____

Position: _____

Place of employment: _____

Address: _____

-3-

V.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. COI C. Eason Falsified State Documents by writing a Disciplinary on And said I did those things in witch I did Not!

2. Sgt. Bradley & the Hearing officer J. Minor Conspired together and A Statement to Find me Guilty.

3. I appeal to the warden at the unit Level and Ever thing I asked for Denide And He tooke a Inmates word over mine!!

3A I appeal to Robert Clerk and He did the Same thing.

3B I appeal to Larry Norris and he did the Same thing.

VI. Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes.

I would Like For Officer COI C. Eason, Sgt. Brad, And the Hearing officer J. minor Fired. I would Like to Be Reimbursed For the # of offence 1.) Cruel & unjust Punishment 2.) Racial discrimination 3.) Falsifing State Documents 4.) mental Abuse 5.) m Anguish 6.) Physical Abuse 7.) Verbal Abuse

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this __19__ day of __Feb.__, 20__03__

_Oliver Wayne Hunt_

Signature(s) of plaintiff(s)

—4—